UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KRISTEN SILK,**

    **Plaintiff,**

v.                                                    **Case No.  8:06-cv-33-T-23TBM**

**JOE ALBINO individually and
d/b/a STYLING CONCEPTS,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiff's Motion to Compel Defendant to Participate** (Doc. 11). By her motion, Plaintiff seeks an Order compelling Defendant Joe Albino to participate in the Fed. R. Civ. P. 26(f) conference and complete his portion of the case management report. According to Plaintiff's counsel, he has contacted Defendant's counsel by phone and/or writing on at least five occasions since April 25, 2006, and counsel has not responded. Plaintiff seeks sanctions for this alleged discovery abuse, including the fees and costs associated with bringing the instant motion. Defendant has failed to file a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, it is **ORDERED** that **Plaintiff's Motion to Compel Defendant to Participate** (Doc. 11) is **GRANTED** to the extent that Defendant's counsel, Robert A. Herce, Esq., shall, within five (5) days from the date of this Order, contact Plaintiff's counsel to schedule the Rule 26(f) conference at a time and place mutually agreeable to both parties. Mr. Herce is also directed to complete his portion of the case management report prior to the

conference, and to thereafter conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court. Plaintiff's request for sanctions is **DENIED** without prejudice.

      **Done and Ordered** in Tampa, Florida, this 9th day of August 2006.

                                      THOMAS B. McCOUN III
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record